IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY S. BERRINGER, | No. 07-02298 CW |
|      Petitioner, | ORDER OF DISMISSAL |
|    v. | |
| THE PEOPLE, | |
|      Respondent. | |
| _____/ | |

On September 6, 2007, the Court issued an Order Directing Petitioner to File Completed 28 U.S.C. § 2254 Habeas Petition Form wherein Petitioner was to file within 30 days from the date of the Order a § 2254 habeas petition form completed in full.  A blank petition form was mailed to Petitioner.  Failure to file a completed petition would result in dismissal of this action for failure to prosecute.  The time to file the petition has passed, and Petitioner has not filed the petition.  Accordingly,

IT IS HEREBY ORDERED that the above-captioned action is dismissed for failure to prosecute.

10/30/07

Dated _____        _____
                                        CLAUDIA WILKEN
                                        United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY S. BERRINGER,

        Plaintiff,

  v.

THE PEOPLE et al,

        Defendant.
_____/

Case Number: CV07-02298 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Scott Berringer
K-66652
Salinas Valley State Prison
P.O. Box 1050
Soledad,  CA 93960

Dated: October 30, 2007

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

2